UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLEON COOPER,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>KENNETH WILLIAMS, et al.,<br><br>　　　　　　　　　Defendants | Case No.  2:25-cv-02215-GMN-EJY<br><br>ORDER |

Plaintiff Cleon Cooper brings this counseled civil-rights action under 42 U.S.C. § 1983 for events that took place when he was in the custody of the Nevada Department of Corrections. (ECF No. 1).  Plaintiff is no longer incarcerated[1] and has paid the $405 filing fee for a civil action.  As such, this case will proceed onto the normal litigation track and will not be screened. *See generally* 28 U.S.C. § 1915A (the plaintiff is no longer a prisoner within the meaning of the Prison Litigation Reform Act); *see Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1282 (9th Cir. 2017) (holding that "28 U.S.C. § 1915A applies only to claims brought by individuals incarcerated at the time they file their complaints"); *see Lopez v. Smith*, 203 F.3d 1122, 1126, 1129 (9th Cir. 2000) (recognizing that screening under 28 U.S.C. § 1915(e) applies to actions filed *in forma pauperis* whether or not the plaintiff is incarcerated).

It is therefore Ordered that this case is not subject to screening and will proceed onto the normal litigation track pursuant to the Federal Rules of Civil Procedure.

DATED: November 12, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Gloria M. Navarro, Judge
United States District Court

---

[1] The Complaint allegations that Plaintiff was released from custody around April 13, 2025. (ECF No. 1 at 3).