**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cristina@lagomarsinolaw.com
Maria@lagomarsinolaw.com
*Attorneys for Plaintiff Cooper*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CLEON COOPER, an individual;

Plaintiff,

vs.

KENNETH WILLIAMS, an individual, at al.,

Defendants.

Case No.: 2:25-cv-02215-GMN-EJY

~~[PROPOSED]~~
**DISCOVERY PLAN AND
SCHEDULING ORDER**

Pursuant to FRCP 26(f) and LR 26-1, the parties, by and through their respective counsel, hereby stipulate to and propose the following *[Proposed] Discovery Plan and Scheduling Order*.

**1.    Fed. R. Civ. P. 26(f) Meeting**

Pursuant to Fed. R. Civ. P. 26(f), a conference was held on February 25, 2026, and was attended by CRISTINA P. VALENTINE, ESQ. of LAGOMARSINO LAW for Plaintiff CLEON COOPER, and VICTORIA COREY, ESQ. of STATE OF NEVADA, ATTORNEY GENERAL'S OFFICE for Defendants KENNETH WILLIAMS, LEILANI FLORES, NOWELL GRANADOS, GLADYS CALIPUSAN, BETTY OMANDAC, and SYMOUR OMANDAC.

**2.    Changes to Pre-Discovery Disclosures**

Pursuant to FRCP 26(f)(3)(A), the parties stipulate that there shall be no changes to the form or requirement for disclosures under FRCP 26(a). The parties have stipulated that disclosures under FRCP 26(a) shall be due on or before March 11, 2026, including, but not limited, to any Computation(s) of Damages required pursuant to FRCP 26(a)(i)(A)(iii).

## 3. <u>Areas of Discovery</u>

The parties agree that all discovery allowed under the Federal Rules of Civil Procedure, including by Rule 26(b), Rule 30, Rule 33, Rule 34, and Rule 36 should be permitted, such that the parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense, and proportional to the needs of the case, subject to the limitations imposed by Rule 26(b)(2). All parties reserve all rights.

## 4. <u>Issues with Electronically Stored Information</u>

The parties stipulate that there are no issues pertaining to the disclosure, discovery, or preservation of electronically stored information. The parties anticipate, however, that this case will involve or require the inspection or production of electronically stored information ("ESI"). To the extent a party requests ESI, the parties agree that ESI can be produced in paper format, as an image (e.g., pdf, jpg, or tiff), or via hard electronic copy (e.g., CD-ROM, DVD, or Dropbox.com) unless otherwise specified in the requests for said discovery. The parties will cooperate in good faith to ensure that ESI is produced in a readily identifiable (and readable) format and in the format requested.

## 5. <u>Issues Regarding Privilege or Protection</u>

The parties agree to be bound by Federal Rule of Evidence 502 regarding the disclosure of privileged material or work product. Further, the parties acknowledge and agree that while each taking reasonable steps to identify and prevent disclosure of any document (or information) that they believe is privileged, there is a possibility that certain privileged material may be produced inadvertently. Accordingly, the parties agree that a party who produces a document protected from disclosure by the attorney-client privilege, attorney work product doctrine, or any other recognized privilege ("privileged document") without intending to waive the claim of privilege associated with such document shall promptly, meaning within fifteen (15) days after the producing party actually discovers that such inadvertent disclosure occurred, amend its discovery response and notify the requesting party that such document was inadvertently produced and should have been withheld. Once the producing party provides such notice to the requesting party, the requesting party must promptly, meaning within seventy-two (72) hours, return the specified document(s) and

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065

LAGOMARSINO LAW

3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

any copies thereof. By complying with this obligation, the requesting party does not waive any right to challenge the assertion of privilege and request a court order denying such privilege.

**6.      Electronic Filing and Electronic Service**

All attorneys of record in this matter are registered for electronic filing with this Court. Any documents electronically filed with this Court are deemed to be sufficiently served on the other party as of the date that the document is electronically filed with the Court. Moreover, to create an expeditious and efficient manner of service of the above-captioned litigation, the parties hereby consent to electronic service pursuant to FRCP 5(b)(2)(E). As such, when any of the undersigned parties wish to serve a discovery related document, that party shall effectuate service of the document to the following email addresses:

| PARTY | FIRM NAME | EMAIL ADDRESSES |
|---|---|---|
| Plaintiff | Lagomarsino Law | AML@lagomarsinolaw.com<br>Cristina@lagomarsinolaw.com<br>Maria@lagomarsinolaw.com<br>sydney@lagoamrsinolaw.com<br>fileclerk@lagomarsinolaw.com |
| Defendants | Office of the Attorney General | Vcorey@ag.nv.gov<br>CFondi@ag.nv.gov<br>ADertes@ag.nv.gov |

The parties further stipulate that e-mail service shall not be considered effective if not all contacts listed above are included in the e-mail service.

**7.      Discovery Plan**

The parties propose the following discovery plan and note the first appearance was made by Defendants filing their *Answer to Plaintiff's Complaint* on February 2, 2026 (ECF No. 18).

**a.      Close of Discovery Date**

The parties herein stipulate that the discovery period shall be one hundred and eighty (180) days from February 2, 2026. Therefore, the close of discovery shall be <u>Monday, August 3, 2026</u>[1].

**b.      Amending the Pleadings or Adding Parties**

The parties shall have until <u>Tuesday, May 5, 2026</u>, to file any motions to amend the

---

[1] This deadline falls on August 1, 2026, which is a Saturday. As a result, this deadline extends to the next court day of Monday, August 3, 2026, by operation of FRCP 6.

pleadings or to add parties. This is ninety (90) days prior to the close of discovery.

### c.    FRCP 26(a)(2) Disclosure of Experts

Disclosure of experts shall proceed pursuant to Rule 26(a)(2)(D) and 26-1(b)(3) as follows:

- The disclosure of experts and their reports shall occur on or before <u>Thursday, June 4, 2026.</u>
- The disclosure of rebuttal experts and their reports shall occur on or before <u>Monday, July 6, 2026.</u>[2]

These deadlines are sixty (60) days before the discovery cut-off date and thirty (30) days after the initial disclosure of experts.

### d.    Dispositive Motions

The parties shall have until <u>Wednesday, September 2, 2026,</u> to file dispositive motions. This is thirty (30) days after the discovery cut-off date, as required by LR 26-1(b)(4).

### e.    Pre-Trial Order

The parties will prepare a consolidated Pre-Trial Order on or before <u>Friday, October 2, 2026,</u> which is not more than thirty (30) days after the date set for filing dispositive motions in this case, as required by LR 26-1(b)(5).  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court. The disclosure required by FRCP Rule 26(a)(3), and objections thereto, shall be made in the pre-trial order.

### f.    Modifications of the Discovery Plan and Scheduling Order

LR 26-4 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion must be made at least twenty-one (21) days prior to the expiration of any extension thereof that may have been approved by the Court, or at least twenty-one (21) days prior to the expiration of the subject deadline.

### 8.    Certifications

Lastly, pursuant to LR 26-1(b)(7-9), the parties certify as follows:

---

[2] This deadline falls on July 4, 2026, which is a Saturday. As a result, this deadline extends to the next court day of Monday, July 6, 2026, by operation of FRCP 6.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

**a.    Alternative Dispute Resolution**

That they met and conferred about the possibility of using alternative dispute-resolution process including mediation or arbitration. At this time, the parties have not unanimously decided to move forward with ADR processes.

**b.    Alternative Forms of Case Disposition**

That they considered consent to trial by magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). At this time, the parties withhold their mutual consent to such forms of alternative case disposition.

**c.    Electronic Evidence**

That they discussed whether they intend to present evidence in electronic format to jurors for the purpose of the jury deliberations and that no stipulations have been reached as of the filing of this plan regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system.

**IT IS SO STIPULATED AND AGREED.**

DATED this 11th day of March, 2026.

**LAGOMARSINO LAW**

/s/ Cristina P. Valentine
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff Cooper*

DATED 11th day of March, 2026.

**OFFICE OF THE ATTORNEY GENERAL**

/s/ Victoria Corey
VICTORIA COREY, ESQ. (#16364)
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
Telephone: (702) 486-3420
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___March 11, 2026_____